U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

August 19, 2024

**VIA E-MAIL & ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application granted. The conference previously scheduled for August 27, 2024 is adjourned to October 8, 2024 at 3:15p m. The time between now and October 8, 2024 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will allow the Government to review the mitigation submission in support of plea negotiations and the parties to pursue a pretrial resolution.*

SO ORDERED.  8/20/24

*[signature]*
CATHY SEIBEL, U.S.D.J.

**Re:   *United States v. Michael Eisenberg,* 23 Cr. 567 (CS)**

Dear Judge Seibel:

The Government respectfully moves, with the consent of the defendant by counsel Stacey Richman, Esq., to seek an approximately 30-day adjournment of the status conference presently scheduled for August 27, 2024. Since the last conference in this matter, the defendant has provided the Government a mitigation submission in support of plea negotiations, which submission the Government is currently reviewing. The requested adjournment will therefore permit the parties to continue to pursue a pretrial resolution in this matter. The Government understands that October 8, 2024, at 3:15pm is a time convenient for the Court.

The Government also moves, with the defendant's consent, for an exclusion of time under the Speedy Trial Act between August 27, 2024, and October 8, 2024. Such an exclusion of time would serve the ends of justice and outweigh the best interests of the defendant and the public in a speedy trial because it would allow the allow the Government to consider the defendant's mitigation submission and for the parties to continues their discussions towards a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

/s/ Qais Ghafary
Qais Ghafary
Assistant United States Attorney
Tel: (212) 637-2534

CC: Stacey Richman, Esq. (by ECF and email)