**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

October 4, 2024

**VIA E-MAIL & ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The conference previously scheduled for October 8, 2024 is adjourned to November 26, 2024 at 2:15p m. The time between now and November 26, 2024 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will allow the Government to continue to review the mitigation submission and the supplemental submission, and will allow the parties to pursue a possible pretrial resolution. In the future the Court would appreciate it if the parties made such requests further in advance.
>
> SO ORDERED.
> *Cathy Seibel* 10/7/24
> CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Michael Eisenberg,* 23 Cr. 567 (CS)

Dear Judge Seibel:

      The Government respectfully moves, with the consent of the defendant by counsel Stacey Richman, Esq., to seek an approximately 45-day adjournment of the status conference presently scheduled for October 8, 2024. Shortly prior to the last conference in this matter, the defendant provided the Government a voluminous mitigation submission, including expert material and medical documentation, in support of plea negotiations, which submission is currently under consideration by the U.S. Attorney's Office. The defendant by counsel has also informed the Government that he intends to supply a supplemental submission during the week of October 7, 2024. The requested adjournment will thus permit the parties to continue to pursue a pretrial resolution in this matter.

      The Government also moves, with the defendant's consent, for an exclusion of time under the Speedy Trial Act between October 8, 2024, and the new date of the status conference. Such an exclusion of time would serve the ends of justice and outweigh the best interests of the defendant and the public in a speedy trial because it would allow the allow the defendant to supply the Government with its supplemental submission, for the Government to continue to consider the defendant's mitigation submission package, and for the parties to continues their discussions towards a pretrial disposition.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

/s/ Qais Ghafary
Qais Ghafary
Assistant United States Attorney
Tel: (212) 637-2534

CC: Stacey Richman, Esq. (by ECF and email)