UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                         23-CR-567-001 (CS)

- against -

                                                                         ORDER

MICHAEL J. EISENBERG

      Defendant

------------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics in the amount of $6,000.00, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

                                                               _Cathy Seibel_ U.S.D.J.

Dated: White Plains, New York

      May 20, 2025



# Superbill

**Empire State Forensics LCSW, P.C.**

Date: 20 May 2025
Invoice No.: 8558
For Questions Call: 9143412039

Michael Eisenberg

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 04/11/2025 | Psychosexual Evaluation and Report | 11 | 1 | $6,000.00 |
| | | | Total Charges: | $6,000.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $6,000.00
**Balance Due: $6,000.00**

Billing Provider:
Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

Rendering Provider: Psychologist Sara Liebert, PsyD

Client: Name: Michael Eisenberg

Footnote: