UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

MICHAEL EISENBERG,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

~~Proposed~~ **Consent Order of Restitution**

23 Cr. 567 (CS)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Qais Ghafary, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

MICHAEL EISENBERG, the defendant, shall pay restitution in the total amount of $33,000, pursuant to 18 U.S.C. § 2559, to the victims of the offense charged in Count Two. The names, addresses, and specific amount owed to the victims are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and

according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence monthly installment payments of an amount equal to 15 percent of the defendant's gross income, payable on the fifteenth day of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3.      **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write her name and the docket number of this case on each check or money order.  For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions.

4.      **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.      **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20

2023.2.16                                                    2

years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **<u>Sealing</u>**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

[Remainder of page left intentionally blank]

2023.2.16                                  3

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____                    2/23/2026
     Qais Ghafary                                 _____
     26 Federal Plaza, 37th Fl.                   DATE
     New York, New York 10007
     Tel.: (212) 637–2534

MICHAEL EISENBERG

By: _____                    _____
     MICHAEL EISENBERG                            DATE


By: _____                    _____
     Stacey Richman, Esq.                         DATE



SO ORDERED:

_____          _____
HONORABLE CATHY SEIBEL                      DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                          4

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____

    Qais Ghafary                                      DATE
    26 Federal Plaza, 37th Fl.
    New York, New York 10007
    Tel.: (212) 637–2534

MICHAEL EISENBERG

By: _____        2/23/26
    MICHAEL EISENBERG                          DATE

By: _____        2/23/26
    Stacey Richman, Esq.                        DATE

SO ORDERED:

_____             2/25/26
HONORABLE CATHY SEIBEL                      DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                                     4